McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DARRELL ROBINSON,<br><br>        Defendant. | CR. No. S-05-0122 GEB<br><br>APPLICATION AND ORDER<br>FOR WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

The United States of America, by the United States Attorney, represents as follows:

That there is now detained in DEUEL VOCATIONAL INSTITUTE, (DVI), 23500 KASSON ROAD, TRACY, CALIFORNIA 95376, in the custody of the Sheriff or Jailor thereof, the defendant in CR.S-05-0122 GEB, which case will be called for arraignment on a federal indictment, that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and U.S. Courthouse, 501 I Street, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden, Sheriff

1 | or Jailor to produce the defendant in court forthwith, and at
2 | such other dates as may be necessary in order to procure
3 | defendant's presence to enter a plea and all other proceedings
4 | incident thereto.
5 |     WHEREFORE, your petitioner prays for an order directing the
6 | issuance of a Writ of Habeas Corpus ad Prosequendum out of and
7 | under the seal of this Court, directed to the Warden, Sheriff or
8 | Jailor, commanding him to have and produce the above-named
9 | defendant in the United States District Court forthwith, and then
10 | and there to present the defendant before the Court and from day
11 | to day thereafter as may be necessary, and at the termination of
12 | the proceedings against the defendant to return defendant to the
13 | custody of the Warden, Sheriff or Jailor.
14 | DATED: May 10, 2005                McGREGOR W. SCOTT
                                       United States Attorney
15 |
16 |
17 |                                    BY: /s/ Anne Pings
                                           ANNE PINGS
18 |                                        Assistant U.S. Attorney
19 |
20 |                              O R D E R
21 |    Upon reading and filing the foregoing application in that
22 | behalf; IT IS ORDERED that a Writ of Habeas Corpus ad
23 | Prosequendum issue as prayed for herein.
24 |
25 | Dated: 5/11/05
                                       /s/ Gregory G. Hollows
26 |                                    _____
                                       UNITED STATES MAGISTRATE JUDGE
27 | robinson122.wrt05
28 |

-2-

```
1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2785
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,       )    CR. No. S-05-0122 GEB
12                                 )
            Plaintiff,             )
13                                 )    WRIT OF HABEAS CORPUS
       v.                          )    AD PROSEQUENDUM
14                                 )
   DARRELL ROBINSON,               )
15                                 )
            Defendant.             )
16                                 )
                                   )
17 ─────────────────────────────────
18      THE PRESIDENT OF THE UNITED STATES OF AMERICA
19 TO:  The Warden, Sheriff or Jailor of DEUEL VOCATIONAL INSTITUTE, (DVI), 23500
20 KASSON ROAD, TRACY, CALIFORNIA 95376, and to any United States Marshal.
21                         G R E E T I N G
22      WE COMMAND that you produce and deliver the person known
23 as DARRELL ROBINSON, date of birth: 10/20/63, now in your custody before the
24 duty Magistrate Judge of the United States District Court, Federal Building
25 and U.S. Courthouse, 501 I Street, Sacramento, California, forthwith, in order
26 that said defendant in the above-entitled case may then and there be arraigned
27 and enter his pleas to the charges in the above-captioned cases, at said time
28 and place, and also at such other times and for such other purposes as may be
   ordered by the said Court, and have you then and there this Writ.
```

-1-

1   The delivery of the defendant to the courtroom of the duty Magistrate
2 Judge, as aforesaid, and then return by you of said defendant to your custody,
3 shall be deemed sufficient compliance with this Writ.
4   WITNESS the Honorable United States Magistrate Judge of the United
5 States District Court for the Eastern District of California.

DATED: _____     _____
                               CLERK, UNITED STATES DISTRICT COURT
                                    Eastern District of California


                                BY:  _____
                                         DEPUTY CLERK

-2-